IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ELITE GAMING TECH LLC, § <br> § <br> *Plaintiff*, § <br> § <br> § <br> v. § <br> § <br> RICOH COMPANY, LTD., § <br> § <br> § <br> *Defendant*. § <br> § | CIVIL ACTION NO. 2:23-CV-00190-JRG |

**ORDER**

Before the Court is Plaintiff Elite Gaming Tech LLC's ("Plaintiff") Notice of Voluntary Dismissal Without Prejudice (the "Notice"). (Dkt. No. 9.) In the Notice, Plaintiff dismisses the above-captioned action against Defendant Ricoh Company, Ltd. ("Defendant") without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 30th day of May, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE